UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LARRY MALLERY**, on behalf of
**SUPREME COURT WASHINGTON D.C.**,
and **JUSTICE DEPT OF AMERICAN
INTERIOR**, 432909 Property reference:
exclamations examples,

    Plaintiffs,

                                    Case No. 3:09-cv-466-J-25JRK

v.

**JAZZ FESTIVAL COMMITTEES
JACKSONVILLE, FLORIDA**, with securities,
and **4 ARMED SECURITY PERSONS**,

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 4) recommending that this action be dismissed for Plaintiff's failure to pay the filing fee required by 28 U.S.C. § 1914 or to file an Affidavit of Indigency requesting to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice.**

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 9 day of July, 2009.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff